IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MOSLEY,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-3833** |
| : | |
| **PURDUE PHARMA LP,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 6th day of September, 2024, upon consideration of Plaintiff James Mosley's Motion to Proceed *In Forma Pauperis* (ECF No. 6), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

    a. all federal law claims are **DISMISSED WITH PREJUDICE**;

    b. all state law claims are **DISMISSED WITHOUT PREJUDICE** for want of subject matter jurisdiction.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Mia R. Perez*
**HON. MIA R. PEREZ**